May 30, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS
AND STATE FARM LLOYDS, Appellants

NO. 14-11-00519-CV                  V.

ROYA BADAVI, Appellee

_____

Today the Court heard appellants' unopposed motion to dismiss the appeal and cross-appeal from the judgment signed by the court below on March 14, 2011. Having considered the motion and found it meritorious, we order the appeals **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.